Order entered July 23, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01725-CR

**EDWARD ANDRE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-12-53682**

## ORDER

The Court has before it the State's June 19, 2013 motion for extension of time to file the State's brief. We received the State's brief on June 28, 2013. Therefore, we **DENY** the motion for extension of time to file the State's brief as moot.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE